UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  CR 21-00046 SB-1                                              Date: March 3, 2021

Present: The Honorable:  Stanley Blumenfeld Jr.

Interpreter   Not Present

| Victor Paul Cruz | Maria Bustillos | Chelsea Norell VTC |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| (1) Barry Bryant Rossman | Not | | xx | Sophia Whiting, DFPD - VTC<br>Charles Snyder, DFPD - VTC | xx | xx | |

**Proceedings:** EX PARTE APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION Filed by Plaintiff USA, Dkt. No. 5 (continued from 3/2/21)

Hearing held via Zoom webinar.

Defendant is not present, waiver on file.

The Court and counsel confer.

The Court Orders the defendant shall be released pursuant to the conditions of release set by Northern District of California Magistrate Judge Laurel Beeler on 2/26/2021, with the additional conditions described on the record.

The Court Orders the defendant to be released forthwith but the defendant and custodians shall have to agree to and sign the newly prepared bond form. The clerk shall issue forthwith release order.

CC:  PRETRIAL SERVICES
     US MARSHAL

: 0/57

Initials of Deputy Clerk  vpc